# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| HARRY DARBY, | : | No. 18 EAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated March 31, |
| | : | 2015 (entered 4/1/2015) at No. 17 MD |
| v. | : | 2015. |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 16th day of February, 2016, the order of the Commonwealth Court is **AFFIRMED**.

Mr. Justice Eakin did not participate in the consideration or decision of this case.